Dolores Hernandez, appellee, v. Albert J. Horan, appellant. Gen. No. 36,464.

601

Opinion filed October 10, 1933.

Benjamin E. Cohen, for appellant. Freyburger, Baker & Rice, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.